■ KATHLEEN R. SCHILLER, Formerly Known as KATHLEEN R. SMITH, Respondent, v CURTISS C. SMITH, Appellant.—Order and judgment unanimously affirmed, with costs. Memorandum: In view of the constant dilatory efforts of the appellant and the inordinate delays in complying with court orders, Special Term properly refused a further extension of time. (Appeal from order and judgment of Monroe Supreme Court—support.) Present— · Marsh, P. J., Cardamone, Dillon, Goldman and Witmer, JJ.

■ In the Matter of THOMAS REED, Appellant, v ONONDAGA COUNTY COURT, Respondent.—Judgment unanimously affirmed on the decision at Special Term, Aloi, J. (See, also, MATTER OF BUSH v SMITH, 51 AD2d 860.) (Appeal from judgment of Onondaga Supreme Court—art 78.) Present— Marsh, P. J., Moule, Simons, Dillon and Witmer, JJ.

■ STANLEY FARMER et al., Appellants, v L. B. SMITH, INC., et al., Respondents.—Order unanimously affirmed, without costs. Memorandum: Special Term did not abuse its discretion in denying the application to vacate the dismissal of plaintiffs' action pursuant to CPLR 3404 after expiration of the one-year period. The moving papers do not allege facts to justify the relief appellants seek (see *McIntire Assoc. v Glens Falls Ins. Co.,* 41 AD2d 692, 693). (Appeal from order of Monroe Supreme Court—restore to calendar.) Present—Marsh, P. J., Moule, Simons and Dillon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS W. HAINES, Appellant.—Appeal unanimously dismissed as moot. Defendant has been credited on his sentence with jail time credit pursuant to subdivision 3 of section 70.30 of the Penal Law. (Appeal from judgment of Onondaga County Court—possession forged instrument, second degree.) Present— Marsh, P. J., Moule, Simons, Dillon and Witmer, JJ.